HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> ANTHONY CHAVEZ, <br><br> *Defendant,* | Case No. 1:25-CR-00099-22 JLT-SKO <br><br> **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Anthony Chavez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. The Federal Defenders Office has a conflict.

On October 21, 2025, a Redacted Second Superseding Indictment was issued in the above captioned case. Mr. Chavez had an initial appearance on the allegations in the Northern District of California on October 21, 2025, at which time the Court appointed counsel and ordered Mr. Chavez released, and set his initial appearance in this district on October 31, 2025. Counsel in the Eastern District of California is needed in this matter to provide representation on Mr. Chavez' case going forward.

After reviewing her Financial Affidavit, it is respectfully recommended that CJA panel counsel Eric V. Kersten be promptly appointed *nunc pro tunc* as of October 29, 2025.

DATED: October 29, 2025         */s/ Peggy Sasso*
                                PEGGY SASSO
                                First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Eric V. Kersten *nunc pro tunc* as of October 29, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**October 29, 2025**__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE