ERIC V. KERSTEN, #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Anthony Chavez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANTHONY CHAVEZ<br><br>                    Defendant. | Case No.  1:25-cr-00099-JLT-SKO<br><br>STIPULATION FOR TEMPORARY MODICATION OF CONDITIONS OF PRETRIAL RELEASE,  ORDER<br><br>Judge: Erica P. Grosjean |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Cody S. Chapple, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Anthony Chavez, that Mr. Chavez' conditions of Pretrial Release may be temporarily modified to allow him to travel from the Eastern District of California to the District of Nevada between the hours of 10:00 a.m. on December 29, 2025 and 5:00 p.m. on December 30, 2025.

On October 21, 2025, Anthony Chavez first appeared in the Northern District of California and was and was granted pretrial release on conditions including the location restriction that he not travel outside the Northern or Eastern Districts of California. (ECF 83: 9). On October 31, 2025, Mr. Chavez appeared in the Eastern District of California and was ordered to remain on the previously set terms and conditions of release. (ECF 103).

1  Mr. Chavez is requesting to travel to the Nevada side of Lake Tahoe between December
2  29 and December 30 to celebrate his first wedding anniversary with his wife. If this temporary
3  modification is granted he will stay at the Ceasar's Republic Hotel, located at 18 U.S. Highway
4  50, Stateline, Nevada. Pretrial Services has advised that Mr. Chavez is in compliance with his
5  release conditions and they do not object to the requested temporary modification.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: December 16, 2025

/s/ *Cody S. Chapple*
CODY S. CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

DATED: December 16, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney at Law
Attorney for Defendant
Anthony Chavez

## ORDER

**IT IS SO ORDERED**. Defendant's Conditions of Pretrial Release are temporarily modified to allow him to travel from the Eastern District of California to the District of Nevada between the hours of 10:00 a.m. on December 29, 2025 and 5:00 p.m. on December 30, 2025. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 23, 2025**

/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE