ERIC V. KERSTEN, Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Anthony Chavez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:25-cr-00099-JLT |
| Plaintiff, | [CORRECTED] STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE, ORDER |
| v. | |
| ANTHONY CHAVEZ | Judge: Erica P. Grosjean |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Cody S. Chapple, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Anthony Chavez, that Mr. Chavez' conditions of Pretrial Release may be temporarily modified to allow him to travel from the Eastern District of California to the Southern District of California between the hours of 6:00 p.m. on April 25, 2026 and 6:00 p.m. on April 26, 2026.

On October 21, 2025, Anthony Chavez first appeared in the Northern District of California and was and was granted pretrial release on conditions including the location restriction that he not travel outside the Northern or Eastern Districts of California. (ECF 83: 9). On October 31, 2025, Mr. Chavez appeared in the Eastern District of California and was ordered to remain on the previously set terms and conditions of release. (ECF 103).

Thereafter, Defendant's Conditions of Pretrial Release were temporarily modified to allow him to travel from the Eastern District of California to the District of Nevada between the hours of 10:00 a.m. on December 29, 2025 and 5:00 p.m. on December 30, 2025. (ECF 103). Mr. Chavez complied with all directives of Pretrial Services regarding those travels and completed those them with no problems.

Mr. Chavez is requesting permission to travel to the Southern District of California from the evening of Saturday, April 25, 2026, through the evening of Saturday, April 26, 2026, to transport his mother-in-law and sister-in-law to the Cross Border Express in San Diego. This is being done to facilitate their return home to Mexico. Mr. Chavez will not be crossing the border. He will only be providing transportation to San Diego for his mother-in-law and sister-in-law.  Pretrial Services confirms that Mr. Chavez has been fully compliant with his release conditions but otherwise takes no position on this request.

All other conditions of release shall remain in full force and effect.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: April 22, 2026

/s/ *Cody S. Chapple*
CODY S. CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

DATED: April 22, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney at Law
Attorney for Defendant
Anthony Chavez

///

///

///

///

Chavez: Stipulation for Temporary Modification
of Pretrial Release Conditions; Proposed Order

-2-

**ORDER**

Defendant's Conditions of Pretrial Release are temporarily modified to allow him to travel from the Eastern District of California to the Southern District of California between the hours of 6:00 p.m. on April 25, 2026, and 6:00 p.m. on April 26, 2026. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 23, 2026**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

Chavez: Stipulation for Temporary Modification                    -3-
of Pretrial Release Conditions; Proposed Order