ERIC V. KERSTEN, Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
Anthony Chavez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANTHONY CHAVEZ<br><br>                    Defendant. | Case No.  1:25-cr-00099-JLT-SAB<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER<br><br>Judge: Stanley A. Boone |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant ANTHONY CHAVEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Eric V. Kersten, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: May 15, 2026                    Respectfully submitted,

                                       /s/ *Anthony Chavez*
                                       ANTHONY CHAVEZ
                                       Defendant
                                       (Original signature will be retained on file.)

Dated: May 15, 2026

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney at Law
Attorney for Defendant
Anthony Chavez

## ORDER

**IT IS SO ORDERED**. Defendant Anthony Chavez is hereby DENIED without prejudice. The Court will entertain a subsequent request at the end of the May 20, 2026 status conference.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Chavez: Waiver of Personal Appearance;
Order

-2-